# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DARRYL WAYNE REYNOLDS,<br><br>        Plaintiff,<br><br>v.<br><br>DUSTIN WERNLI,<br><br>        Defendant. | Case No. 19-CV-686-JPS<br><br>**ORDER** |

      Plaintiff, who is confined at the Manitowoc County Jail, filed a *pro se* complaint in the above-captioned case alleging that his constitutional rights were violated when police used excessive force during his arrest. (Docket #1). On June 18, 2019, the Court ordered Plaintiff to pay an initial partial filing fee of $22.83, pursuant to 28 U.S.C. § 1915(b)(1), no later than July 9, 2019. (Docket #8). In its order, the Court cautioned that failure to pay the filing fee or otherwise respond would result in dismissal of this action without prejudice. *Id.* at 2. The July 9, 2019 deadline has passed, and, to date, Plaintiff has neither paid the initial partial filing fee nor communicated with the Court. Because he has not complied with the Court's order, this action will be dismissed without prejudice for Plaintiff's failure to prosecute. Civ. L.R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

      Accordingly,

      **IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

      The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 19th day of July, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge